# EXHIBIT 1

**SUMMONS - CIVIL**
JD-CV-1 Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. | STATE OF CONNECTICUT **SUPERIOR COURT** *www.jud.ct.gov*  |

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 95 Washington Street; Hartford, CT 06106 | ( 860 ) 548 – 2700 | 12/13/2022 |

| ☒ Judicial District<br>☐ Housing Session | G.A.<br>Number: | At *(City/Town)*<br>Hartford | Case type code *(See list on page 2)*<br>Major: M   Minor: 90 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Sabatini and Associates, LLC; One Market Square; Newington, CT 06111 | 052654 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 860 ) 667 – 0839 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☐ Yes ☒ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* |

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name: ALICEA, Samuel<br>Address: 40 Putnam Street; Hartford, CT 06106 | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name: IRON MOUNTAIN INFORMATION MANAGEMENT, LLC; One Federal St.; Boston, MA 02210<br>Address: Agent: Corporation Service Company; Goodwin Sq.; 225 Asylum St; 20th Fl.; Hartford, CT 06103 | D-01 |
| **Additional defendant** | Name: IRON MOUNTAIN INFORMATION MANAGEMENT SERVICES, INC.; One Federal St.; Boston, MA 02210<br>Address: Agent: Corporation Service Company; Goodwin Sq.; 225 Asylum St; 20th Fl.; Hartford, CT 06103 | D-02 |
| **Additional defendant** | Name:<br>Address: | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date<br>11-11-2022 | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing<br>James V. Sabatini, Esquire |

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date |

For Court Use Only
File Date
A TRUE COPY, ATTEST:
Alan F. Zaniewski
State Marshal
Docket Number
Hartford County

Page 1 of 2

RETURN DATE: December 13, 2022

| | | |
|---|---|---|
| SAMUEL ALICEA | : | SUPERIOR COURT |
| VS. | : | HARTFORD JUDICIAL DISTRICT |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC; and IRON MOUNTAIN INFORMATION MANAGEMENT SERVICES, INC. | : | NOVEMBER 10, 2022 |

## COMPLAINT

1. At all times material, plaintiff, Samuel Alicea was and is a citizen of the State of Connecticut residing in the City of Hartford.

2. At all times material, defendant, Iron Mountain Information Management, LLC was and is a Delaware limited liability company with a principal place of business located at One Federal Street, Boston, Massachusetts 02210.

3. At all times material, defendant Iron Mountain Information Management Services, Inc. was and is a Delaware corporation with a principal place of business located at One Federal Street, Boston, Massachusetts 02210.

4. Defendants jointly employed plaintiff.

5. Defendants hired plaintiff on or about July 1, 1996.

6. Plaintiff's job position was Record Center Specialist.

7. Plaintiff was qualified for the job.

8. On or about September 8, 2021, defendants terminated plaintiff's employment.

1

9. Plaintiff has sleep apnea.

10. Defendant has plaintiff undergo an annual physical for the sleep apnea.

11. When plaintiff went to the clinic for the annual physical, the clinic asked for medical, family and social history. This request for information included marijuana use.

12. Plaintiff checked off the box indicating that he had used marijuana in the past.

13. Defendants found up about the marijuana disclosure to the clinic.

14. Defendants told plaintiff that he had to be drug tested because he had checked off a box that he had used marijuana in connection with undergoing a physical exam for his sleep apnea.

15. Pursuant to defendants' order, plaintiff submitted to the drug test on or about August 31, 2021.

16. On or about September 1, 2021, defendants ordered plaintiff to undergo a follow-up drug test.

17. Pursuant to defendants' order, plaintiff submitted to the follow-up drug test.

18. The drug test came back positive for marijuana.

19. On or about September 8, 2021, defendants terminated plaintiff.

20. Plaintiff submitted to the drugs tests because he knew he would be terminated if he refused.

21. Plaintiff was aware that an employee was previously terminated refusing to submit to a drug test ordered by defendants.

22. At no time during the course and scope of his employment with the defendants did the plaintiff work while under the influence of marijuana.

23. At no time did the plaintiff exhibit any type of behavior or conduct that would have provided the defendants with reasonable suspicion that the plaintiff was under the influence of alcohol and/or drugs.

24. Defendants order to the plaintiff to submit to a drug test was not done on a random basis.

25. Following the test results, defendants terminated the plaintiff's employment.

26. Defendants cited the test results as the basis for the termination.

## FIRST COUNT – WRONGFUL TERMINATION IN VIOLATION OF C.G.S. §31-51x

1. Plaintiff re-alleges and re-avers each and every allegation set forth in the foregoing paragraphs as if fully rewritten herein.

27. This cause of action is brought pursuant to C.G.S. §31-51z.

28. Defendants' termination of plaintiff's employment, by and through their agents and/or employees, was wrongful in violation of C.G.S. §31-51x in one or more of the following ways:

(a) In that defendants ordered the plaintiff to submit to a drug test without reasonable suspicion;

3

(b)     In that defendants used the results of the unlawfully performed test performed on the plaintiff as the basis for the plaintiff's termination.

29.    As a result of defendants' wrongful termination, plaintiff sustained harms and losses including: lost wages, lost of front pay, loss of employee benefits, harm to professional reputation, attorneys' fees, and court costs.

30.    As a result of the wrongful termination, plaintiff has been humiliated, embarrassed, and has suffered mental anguish and emotional distress.

**DEMAND FOR RELIEF**

WHEREFORE, plaintiff demands judgment against the defendants for compensatory damages; for reinstatement or other equitable relief; for an injunction requiring defendant to remove all adverse information from the plaintiff's personnel files; for back pay and fringe benefits; for front pay; for attorneys' fees pursuant to C.G.S. §31-51z; for costs pursuant to C.G.S. §31-51z; for common law punitive damages; for a trial by jury; and for all just and proper relief.

Hereof fail not but of this writ, with your doings thereon, make due service and return according to law.

Dated at Newington, Connecticut, this 10th day of November, 2022.

_____
James V. Sabatini, Esquire
SABATINI AND ASSOCIATES, LLC
One Market Square
Newington, CT 06111
Tel (860) 667-0839  Fax (860) 667-0867
email: jsabatini@sabatinilaw.com
Juris No.: 052654

Please file our appearance
on behalf of the Plaintiff.

_____
James V. Sabatini, Esq.

A TRUE COPY, ATTEST:

_____
Alan F. Zaniewski
State Marshal
Hartford County

5

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is greater than $15,000 exclusive of costs and attorneys' fees.

A TRUE COPY, ATTEST:

Alan F. Zaniewski
State Marshal
Hartford County

6