UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAMUEL ALICEA, | : | |
| | : | |
| Plaintiff, | : | Case no.:  3:22 cv 01606 (OAW) |
| | : | |
| vs. | : | |
| | : | |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC; and IRON MOUNTAIN INFORMATION MANAGEMENT SERVICES, INC., | : : : : | |
| | : | |
| Defendant. | : | MAY 23, 2023 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

By: /s/ James V. Sabatini
    James V. Sabatini, Esquire
    Sabatini and Associates, LLC
    One Market Square
    Newington, CT 06111
    Tel. no.:  860-667-0839
    Fax no.:  860-667-0867
    email:  jsabatini@sabatinilaw.com

   CT19899

Attorney for Plaintiff

By: /s/ Anthony S. Califano
    Anthony S. Califano, Esquire
    Seyfarth Shaw, LLP
    Seaport East
    Two Seaport Lane – Suite 1200
    Boston, MA  02210-2028
    Tel No.  617-946-4800
    Fax No.  617-946-4801
     email:  acalifano@seyfarth.com

   CT 27323

Attorney for the Defendant

## **ELECTRONIC CERTIFICATE OF SERVICE**

  I hereby certify that on May 23, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                /s/ James V. Sabatini
                James V. Sabatini